UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

NORTHWEST IRONWORKERS HEALTH
AND SECURITY FUND, et al.,

        Plaintiffs,

   v.

NORTHWEST MOBILE WELDING, INC.,

        Defendant.

NO. C05-5684 FDB

ORDER FOR DEFAULT JUDGMENT

<u>JUDGMENT SUMMARY</u>

| | |
|---|---|
| Judgment Creditors: | Northwest Ironworkers Health and Security Fund, Northwest Ironworkers Retirement Trust, Northwest Field Ironworkers Annuity Trust Fund, Northwest Ironworkers Employers Vacation Trust, Northwest Ironworkers & Employers Apprenticeship & Tranining Trust Fund, Northwest Ironworkers Industry Trust Fund, Northwest Ironworkers Drug Test Fund |
| Judgment Debtor: | Northwest Mobile Welding, Inc. |

Principal Judgment Amount:      $ 4,004.27
Attorneys' Fees:      784.00
Costs:      298.50

        TOTAL:      <u>$ 5,086.77</u>

DEFAULT JUDGMENT - 1

2900 006 gl020603 12/6/05

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900



Principal Judgment Amount Shall Bear Interest at 12% per annum.

Attorney fees, costs and other recovery amounts shall bear interest at 12% per annum.

Attorney for Judgment Creditors:   Michael H. Korpi, WBSA #12711
                                   Smith McKenzie Rothwell & Barlow, P.S.

Attorney for Judgment Debtor:      NONE

This is an action for breach of collective bargaining agreement. In accordance with plaintiffs' motion, the Court having considered the pleadings, documents and declarations on file, finds as follows:

FINDINGS OF FACT

1. The Court, having considered the declaration of Michael H. Korpi, one of plaintiffs' attorneys and the declaration of Sara Jenkins concludes that said declarations are accurate.

2. The Court concludes that an Order of Default was entered on November 29, 2005 adjudging the defendant, Northwest Mobile Welding, Inc., to be in default.

3. The Court finds that $3,095.88 in liquidated damages and $908.39 in interest are due and owing to the Northwest Ironworkers Trust Funds for the delinquent period of September 2004 through November 2004.

4. The Court finds that $298.50 in costs was incurred in this action and is recoverable under the agreement. This includes the $250 filing fee and $48.50 in service fees.

6. The Court finds that a reasonable attorney's fee for work performed to date is $784.

DEFAULT JUDGMENT - 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

2900 006 gl020603 12/6/05



6. The Court hereby finds that plaintiffs are entitled to default judgment against the defendant, Northwest Mobile Welding, Inc., in the following amounts for the delinquent period of September 2004 through November 2004:

| | |
|---|---:|
| Liquidated Damages: | $ 3,095.88 |
| Interest: | 908.39 |
| Costs | 298.50 |
| Attorney's Fees | 784.00 |
| TOTAL: | $ 5,086.77 |

CONCLUSIONS OF LAW:

7. The Court finds that the plaintiffs are entitled to default judgment against the defendant, Northwest Mobile Welding, Inc., in the amount of $5,086.77 as a matter of law.

JUDGMENT

8. It is ORDERED, ADJUDGED AND DECREED that default judgment be entered against Northwest Mobile Welding, Inc. consistent with the Findings of Fact and Conclusions of Law.

DATED this 6th day of December 2005.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Michael H. Korpi
Michael H. Korpi, WSBA #12711
SMITH McKENZIE ROTHWELL
  & BARLOW, P.S.
Attorneys for Plaintiffs

DEFAULT JUDGMENT - 3

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

2900 006 gl020603 12/6/05